IN RE RESIGNATION OF KASSON.

[Cite as *In re Resignation of Kasson* (1991), 62 Ohio St.3d 1203.]

(Nos. 91–1914 and 91–1742—Submitted October 9, 1991—Decided October 10, 1991.)

The resignation of Lee B. Kasson, Jr. as an attorney, Registration No. 0002133, is accepted. *Sua sponte*, 91–1742, *Cincinnati Bar Assn. v. Kasson*, Disciplinary Docket No. 90–41, is dismissed as moot.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.